IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATANACIO BARRIENTOS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. 4:16-cv-03635 |
| § | |
| THE LINCOLN NATIONAL LIFE § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Atanacio Barrientos and Defendant The Lincoln National Life Insurance Company, comprising all of the parties to this action, hereby inform the Court that they have reached an agreement in principle to resolve all of the matters in dispute in this case. The parties respectfully request that the Court enter an order staying any deadlines in this case and giving the parties 30 days to file the dismissal papers.

Respectfully submitted,

By: /s/ Anis Damani
Anis Damani
State Bar No. 24072059
anisdamani@yahoo.com

DAMANI LAW FIRM, PLLC
8303 Southwest Freeway, Suite 111
Houston, Texas 77074
(832) 333-7000
(866) 483-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
ATANACIO BARRIENTOS

By: /s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that, on March 9, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Mr. Anis Damani, Damani Law Firm, PLLC, 8303 Southwest Freeway, Suite 111, Houston, Texas 77074.

/s/ Andrew C. Whitaker
Andrew C. Whitaker