United States District Court
Southern District of Texas
**ENTERED**
April 12, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATANACIO BARRIENTOS, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:16-cv-03635 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation for Dismissal with Prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiff Atanacio Barrientos ("Barrientos") against Defendant The Lincoln National Life Insurance Company ("Lincoln National") are DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Lincoln National against Barrientos are DISMISSED WITH PREJUDICE; it is further

ORDERED that Lincoln National's term life insurance to age 90 policy no. 21862299 is cancelled and no longer of any force or effect; and it is further

ORDERED that all attorney's fees and court costs be paid by the party incurring them.

SO ORDERED.

SIGNED this 11th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Anis Damani
Anis Damani
State Bar No. 24072059
anisdamani@yahoo.com

DAMANI LAW FIRM, PLLC
8303 Southwest Freeway, Suite 111
Houston, Texas 77074
(832) 333-7000
(866) 483-6981 (telecopy)

ATTORNEY FOR PLAINTIFF
ATANACIO BARRIENTOS


/s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEY FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY